# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

153250

SHEILA GOODSON, Mother and Next Friend of
KELEIGH GOODSON,
          Plaintiff-Appellee,

v

ABDALMAJID KATRANJI, M.D., and
KATRANJI RECONSTRUCTIVE SURGERY
INSTITUTE, PLLC, d/b/a KATRANJI HAND
CENTER,
          Defendants-Appellants.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153250
COA: 329548
Ingham CC: 15-000365-NH

On order of the Court, the application for leave to appeal the January 19, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016



Clerk

p1026